■ FRANK D'ERASMO, Respondent, v. ARNOW STORES, INC., Respondent and Third-Party Plaintiff-Respondent. A. D'ANGELO AND SONS, INC., Third-Party Defendant-Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and Bergan, JJ.

■ ROSA DUNCAN, Appellant, v. 1502 BROOK AVENUE REALTY CORP., Respondent.— Determination of the Appellate Term unanimously reversed and the judgment of the Municipal Court reinstated. The so-called hearsay testimony to which objection was made was not hearsay. The testimony of the plaintiff as to what her lawyer had told her was offered as evidence that the statement was made and not as evidence of the truth of anything that was said. The particular point at issue was whether the lawyer had said what plaintiff testified he said. Plaintiff's testimony to that point was competent and it was also relevant under the circumstances. Settle order on notice. Concur — Peck, P. J., Breitel, Frank, Valente and Bergan, JJ.

■ JACOB WAHRHAFTIG, as Administrator of the Estate of SADIE WAHRHAFTIG, Deceased, Respondent, v. I. HOWARD LEHMAN et al., as Trustees in Reorganization of Surface Transportation Corporation of New York, Appellants, et al., Defendants.— Judgment, insofar as it awards plaintiff the sum of $4,500 with reference to the cause of action for conscious pain and suffering, unanimously affirmed. Insofar as the judgment awards plaintiff the sum of $48,000 damages for the wrongful death of the deceased, it is unanimously reversed on the ground of excessiveness and a new trial ordered, with costs to the appellants to abide the event, unless plaintiff stipulates to reduce the verdict to $35,000 in which event the judgment, as so modified is affirmed, without costs. Settle order on notice. Concur — Peck, P. J., Breitel, Frank, Valente and Bergan, JJ.

■ QUEEN ESTHER HATCHER, Appellant, v. PRESBYTERIAN HOSPITAL IN THE CITY OF NEW YORK, Respondent.— Judgments and orders unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and Bergan, JJ.

■ In the Matter of the Construction of the Will of MARTIN McVOY, JR., Deceased. CORNELL UNIVERSITY, Appellant-Respondent; ELSA C. CURTIS et al., Respondents; ALPHA DELTA PHI FRATERNITY AT CORNELL UNIVERSITY, Respondent-Appellant.— Decree unanimously affirmed, with costs to all parties appearing and filing briefs herein payable out of the estate. No opinion. Concur — Breitel, J. P., Frank, Valente and Bergan, JJ. [1 Misc 2d 251.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE ADLER, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and Bergan, JJ.

■ LORRAINE KING, Appellant, v. HYMAN FRITZ et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and Bergan, JJ. [207 Misc. 619.]